# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 13, 2011

142756

TONYA R. COLEMAN,
        Plaintiff-Appellee,

v

HDS SERVICES/TRETTCO, INC. and
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,
        Defendants-Appellants.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142756
COA: 298468
WCAC: 06-000133

On order of the Court, the application for leave to appeal the January 28, 2011 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 13, 2011

_____
Clerk

p0706